**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 05-cr-00179-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JESUS GUEVARA,

    Defendant.

___

**ORDER**
___

    The Petition for Early Termination of Supervised Release (Doc 638 - filed July 30, 2013) is **GRANTED**. The Defendant has been fully compliant with the conditions of supervised release and is no longer in need of supervision. Therefore, Defendant's term of supervised release is **TERMINATED**.


Dated: August  13 , 2013, in Denver, Colorado.


                        BY THE COURT:

                         s/ Lewis T. Babcock
                        LEWIS T. BABCOCK, JUDGE